IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Rathea Williams
    Plaintiff

v.      Case No.: Y-98-676

Cloverland Farms Dairy
Incorporated, et al.
    Defendants

* * *

## MOTION FOR EXTENSION OF TIME

Upon consideration of Plaintiff's Motion for an Enlargement of Time and Defendant having no objection thereto,

IT IS this 26th day of October, 1999,

ORDERED that the time for Plaintiff to file a response to Defendant Cloverland's Motion for Summary Judgment BE and the SAME HEREBY IS extended to and including November 8, 1999.

_____
Joseph H. Young
Senior District Court Judge